IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA					PLAINTIFF

VS.								CRIMINAL CASE NO.: 4:21-MJ-1002-JMV

DUSTIN CLEVE MILLION						DEFENDANT

## ORDER TO VACATE

The Court has been advised the Defendant intends to transfer his criminal case, Cause No. 1:20-CR-138-SRC-ACL-1 in the Eastern District of Missouri, to this district. Accordingly, the order [8] of Commitment to Another District is hereby **VACATED**. The defendant shall remain in the custody of the U.S. Marshal Service for the Northern District of Mississippi.

SO ORDERED, this, the 8th day of February, 2021.

_____
UNITED STATES MAGISTRATE JUDGE